UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS LOCAL 324 HEALTH CARE PLAN, *et al*,
    Plaintiffs,

v.
                                  Case No. 10-14987
                                  Honorable PATRICK J. DUGGAN

ALPHA ELECTRIC INC., GREGORY F. ALEXANDER,
and JOHN ALEXANDER,
    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The parties having so stipulated, pursuant to Fed.R.Civ.P.41(a)(1), the Court dismisses all

claims of this matter with prejudice and without an award of costs to any party.

                    s/Patrick J. Duggan
                    Patrick J. Duggan
                    United States District Judge

Dated: September 15, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on
September 15, 2011, by electronic and/or ordinary mail.
                    s/Marilyn Orem
                    Case Manager

## STIPULATION

The parties hereby stipulate to entry of this Order, both in form and in content.

ROBERT A. FARR PLLC                     STEVEN A. WRIGHT P.C.


By:  s/ Robert Farr                 By:  s/ Steven A. Wright *
ROBERT A FARR (P61597)            STEVEN A. WRIGHT (P56970)
Attorney for Plaintiffs               Attorney for Defendants
(313) 673-6679                     (586) 532-8560
rfarr@rfarrlaw.com                  steve@sawpc.com
September 14, 2011                  September 14, 2011

* By Robert Farr (P61597) with Mr. Wright's permission.